# Exhibit A



**Affiliated Credit Services**

PO Box 7739 • Rochester, MN 55903
3055 41st St NW, Ste 100 • Rochester, MN 55901
877-815-0597

Hours of Operation (CT):
Monday – Wednesday: 8:00 am – 8:00 pm
Thursday & Friday: 8:00 am – 5:00 pm

ATT- Liz

January 27, 2012

| Creditor | Account Number | Amount |
|---|---|---|
| ICON EQUITIES, LLC | 04592093858615 REDACTED | 2373.62 |
| Total | | 2373.62 |

We would like to take this opportunity to inform you that Icon Equities, Llc has purchased your account from Ge Capital Retail Bank and subsequently placed your account with our organization for recovery. All future correspondence, inquiries, and payments should be directed to this office.

On behalf of Icon Equities, Llc, we at Affiliated Credit Services understand that bad things happen to good people and recognize that you have recently attempted to resolve this debt through a debt settlement organization. Whether you are currently enrolled or were previously enrolled in a debt settlement program, we welcome this opportunity to work with you or your debt settlement company to resolve your debt, please contact our office and inform us of your situation so together we can assist you. Our representatives are trained to assist you with an array of options. Even if your funds are limited right now, just take a few minutes to give us a call and fill us in your situation.

Notice: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the original creditor.

This communication is from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for this purpose.

This collection agency is licensed by the Minnesota Department of Commerce.

* * * **PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS** * * *

ICU064923GT1

Enclosing the bottom portion of this notice with your payment will expedite credit to your account.



CU064923
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Client #: Icon Equities, Llc
Original Creditor: Ge Capital Retail Bank
Account #: 8914655 REDACTED
**Balance:** **$2373.62**

Phone: 877-815-0597

8914655-GT1    713952535

JOSE LOPEZ

REDACTED

Affiliated Credit Services
PO Box 7739
Rochester MN 55903-7739

Amount Enclosed: $

# Exhibit B

Case 2:13-cv-00500-KSH-CLW Document 70-8 Filed 11/25/13 Page 3 of 8 PageID: 974



**Affiliated Credit Services**



PO Box 7739 • Rochester, MN 55903
3055 41st St NW, Ste 100 • Rochester, MN 55901
877-815-0597

Hours of Operation (CT):
Monday – Wednesday: 8:00 am – 8:00 pm
Thursday & Friday: 8:00 am – 5:00 pm

January 27, 2012

| Creditor | Account Number | Amount |
|---|---|---|
| ICON EQUITIES, LLC | 8120 REDACTED | 2296.23 |
| Total | | 2296.23 |

We would like to take this opportunity to inform you that Icon Equities, Llc has purchased your account from Ge Capital Retail Bank and subsequently placed your account with our organization for recovery. All future correspondence, inquiries, and payments should be directed to this office.

On behalf of Icon Equities, Llc, we at Affiliated Credit Services understand that bad things happen to good people and recognize that you have recently attempted to resolve this debt through a debt settlement organization. Whether you are currently enrolled or were previously enrolled in a debt settlement program, we welcome this opportunity to work with you or your debt settlement company to resolve your debt, please contact our office and inform us of your situation so together we can assist you. Our representatives are trained to assist you with an array of options. Even if your funds are limited right now, just take a few minutes to give us a call and fill us in your situation.

Notice: Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will: obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different than the original creditor.

This communication is from a debt collector.
This is an attempt to collect a debt and any information obtained will be used for this purpose.
This collection agency is licensed by the Minnesota Department of Commerce.

\* \* \* PLEASE SEE REVERSE SIDE FOR IMPORTANT INFORMATION AND PAYMENT OPTIONS \* \* \*

ICU064923GT1

Enclosing the bottom portion of this notice with your payment will expedite credit to your account.



CU064923
PO Box 1022
Wixom MI 48393-1022
ADDRESS SERVICE REQUESTED

Client #: Icon Equities, Llc
Original Creditor: Ge Capital Retail Bank
Account #: 4571 REDACTED
**Balance:** **$2296.23**

Phone: 877-815-0597

Affiliated Credit Services
PO Box 7739
Rochester MN 55903-7739

8914571-GT1   713943757

YUDANYS AMATVERGARA MIGUEL A VERGARA
REDACTED

Amount Enclosed: $

# Exhibit C



**NY OFFICE**
228 PARK AVE
SOUTH
SUITE 29185,
NEW YORK, NY
10003

MAILING
ADDRESS:
P.O. BOX 1632
FORT LEE, NJ
07024

\*Matthew E. Rose
\*^Yehuda Stein
^Ben Nazmiyal
\*^Jonathon Leitman

\*NY Bar
^NJ Bar

# THE LAW OFFICES OF MATTHEW E. ROSE ESQ

**NJ OFFICE**
209 MAIN STREET,
2ND FLOOR,
FORT LEE, NJ, 07024
TEL: (201) 482-8195
FAX: (201) 482-8190

## CLIENT REPRESENTATION LETTER

Date: September 17, 2010
Name of Client: Jose A Lopez
Creditor/Collector: GEMB Lord & Taylor
Account Number: ████████████ 8615
              REDACTED

Dear Debt Collector,

This letter is being written to inform you of Client's recent enrollment into our Debt Settlement Program. Due to a recent loss of wages and other forms of significant hardship, Client has been unable to remain current on his outstanding debts, and has retained our services for assistance.

As evidence of Client's willingness to amicably resolve this matter, Client is currently attempting to gather his funds to repay his creditors at a significantly discounted amount. We project that it will take at least twelve (12) to eighteen (18) months until we can offer a reasonable settlement proposal. The reasonability of our future offer will be based on past experiences with original creditors, collection companies, the current market value of delinquent debt and his limited budget. In the event that you decide to charge off this debt before fifteen months, please pass on this representation letter, and the attached Limited Power of Attorney to the debt buyer.

If you have any questions, please fax us at (201) 482-8191, e-mail us at USELA209@GMAIL.COM, or call us at (201) 482-8195. We appreciate your patience with Client during these most difficult of times.

Sincerely,

*[signature]*

[Matthew E. Rose, Esq.]

# Exhibit D

# THE LAW OFFICES OF MATTHEW E. ROSE, ESQ., P.C.

NY OFFICE
228 PARK AVE SOUTH
SUITE 29185,
MAILING ADDRESS:
P.O. BOX 1632
FORT LEE, NJ 07024



NJ OFFICE
209 MAIN STREET,
FORT LEE, NJ, 07024
TEL: (201) 482-8195
FAX: (201) 482-8190

## CLIENT REPRESENTATION LETTER

Date: May 3, 2010
Creditor/Collector: Walmart Discover/
Client Name: **Yudanys Amatvergara**
Account Number: ▓▓▓▓▓▓▓▓▓▓8120
REDACTED

Dear Debt Collector,

    This letter is being written to inform you of Client's recent enrollment into our Debt Settlement Program. Due to a recent loss of wages and other forms of significant hardship, Client has been unable to remain current on his outstanding debts, and has retained our services for assistance.

    As evidence of Client's willingness to amicably resolve this matter, Client is currently attempting to gather his funds to repay his creditors at a significantly discounted amount rather than file for a Chapter 7 Bankruptcy. We project that it will take some time before we can offer a reasonable settlement proposal, but in the meantime we welcome any offers you may have. The reasonability of our future offer will be based on past experiences with collection companies, the current market value of delinquent debt and his limited budget.

    If you are anxious to settle the account, or have any questions, please fax us your proposals or inquires at (201) 482-8190, e-mail us at USELA209@GMAIL.COM or call us at (201) 482-8195. We appreciate your patience with Client during these most difficult of times.

Sincerely,

*[signature]*

[Matthew E. Rose, Esq.]